UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WESTERN WISCONSIN ELECTRICAL
EMPLOYEES RETIREMENT PLAN,
WESTERN WISCONSIN AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
IBEW LOCAL 14 UNION DUES FUND,
IBEW LOCAL 14 VACATION AND HOLIDAY PAY FUND,
and LOYAL D. O'LEARY and CHRIS GULBRANDSON,
in their capacity as Trustees of the Funds,

          Plaintiffs,

vs.                                       Case No.   09-CV-734

A. A. HANSON ELECTRIC, INC.
a/k/a MITCHELL HANSON ELECTRIC,

          Defendant.

ENTRY OF DEFAULT OF
DEFENDANT A. A. HANSON ELECTRIC, INC.
a/k/a MITCHELL HANSON ELECTRIC

The Clerk of Court for the U.S. District Court for the Western District of Wisconsin, having noted that the defendant in the above-captioned matter, A. A. Hanson Electric, Inc. a/k/a Mitchell Hanson Electric, has failed to plead or otherwise defend as provided under the Federal Rules of Civil Procedure, and that fact having been made to appear by the affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant A. A. Hanson Electric, Inc. a/k/a

REINHART\3152524

Mitchell Hanson Electric pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 5th day of February, 2010.

                                              _Peter Oppeneer_
                                              Clerk of Court