UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WESTERN WISCONSIN ELECTRICAL
EMPLOYEES RETIREMENT PLAN,
WESTERN WISCONSIN AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
IBEW LOCAL 14 UNION DUES FUND,
IBEW LOCAL 14 VACATION AND HOLIDAY PAY FUND,
and LOYAL D. O'LEARY and CHRIS GULBRANDSON,
in their capacity as Trustees of the Funds,

        Plaintiffs,

vs.                                    Case No.   09-CV-734

A. A. HANSON ELECTRIC, INC.
a/k/a MITCHELL HANSON ELECTRIC,

        Defendant.

ORDER FOR JUDGMENT

A motion for default judgment with supporting pleadings having being brought by the plaintiffs in the above-captioned action were submitted to the court and filed with the Clerk.

The court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.    Defendant A. A. Hanson Electric, Inc. a/k/a Mitchell Hanson Electric has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal

REINHART\3381545TMB:TMB 03/31/10

Rules of Civil Procedure and controlling case law in the Seventh Circuit.

2. Defendant A. A. Hanson Electric, Inc. a/k/a Mitchell Hanson Electric violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds on a timely basis and failing to submit monthly remittance reports to the plaintiff Funds.

3. The court assesses damages, consisting of delinquent contributions, interest, liquidated damages, attorney fees and costs, to the plaintiffs at this time in the sum of $159,928.82.

**IT IS HEREBY ORDERED**:

That the Clerk of Court is directed to enter judgment in favor of plaintiffs Wisconsin Electrical Employees Health and Welfare Plan, Western Wisconsin Electrical Employees Retirement Plan, Western Wisconsin Area Electrical Workers Joint Apprenticeship and Training Trust Fund, Wisconsin Electrical Employees Apprenticeship Coordinator Fund, IBEW Local 14 Union Dues Fund, IBEW Local 14 Vacation and Holiday Pay Fund and Loyal D. O'Leary and Chris Gulbrandson, in their capacity as Trustees of The Funds, and against defendant A. A. Hanson Electric, Inc. a/k/a Mitchell Hanson Electric in the amount of $159,928.82.

Dated this 1st day of April, 2010.

*Barbara B. Crabb*
U.S. DISTRICT JUDGE