UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WESTERN WISCONSIN ELECTRICAL
EMPLOYEES RETIREMENT PLAN,
WESTERN WISCONSIN AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
IBEW LOCAL 14 UNION DUES FUND,
IBEW LOCAL 14 VACATION AND HOLIDAY PAY FUND,
and LOYAL D. O'LEARY and CHRIS GULBRANDSON,
in their capacity as Trustees of the Funds,

          Plaintiffs,

vs.                                          Case No. 09-CV-734

A. A. HANSON ELECTRIC, INC.
a/k/a MITCHELL HANSON ELECTRIC,

          Defendant.

---

ENTRY OF JUDGMENT
ON THE DECISION BY THE COURT

---

This action having come on for hearing before the court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 55 of the Federal Rules of Civil Procedure that:

Judgment should be entered on behalf of the plaintiffs, Wisconsin Electrical

REINHART\3152597

Employees Health and Welfare Plan, Western Wisconsin Electrical Employees Retirement Plan, Western Wisconsin Electrical Workers Electrical Workers Joint Apprenticeship and Training Trust Fund, Wisconsin Electrical Employees Apprenticeship Coordinator Fund, IBEW Local 14 Union Dues Fund, IBEW Local 14 Vacation and Holiday Pay Fund and Loyal D. O'Leary and Chris Gulbrandson, in their capacity as Trustees of The Funds (the "Funds"), and against A. A. Hanson Electric, Inc. a/k/a Mitchell Hanson Electric for damages, representing delinquent contributions, interest, liquidated damages, attorney fees and costs to date in the sum of $159,928.82 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin this 5th day of April, 2010.

_Peter Oppeneer_
BY THE CLERK

_____
BY THE DEPUTY CLERK

Approved as to form this 1st day of April, 2010.

_Barbara B Crabb_
U.S. DISTRICT COURT JUDGE